IN THE ~~federal~~ <u>federal</u> COURT OF ~~Montgomery~~ <u>Montgomery</u> COUNTY, ALABAMA

<u>Montrail Russell</u>
    Plaintiff

V.

<u>State of Alabama Department</u>
<u>of Mental Health / Taylor Hardin</u>
    Defendant

CASE NO.
2:18-cv-1068-WKW-GMB

2018 DEC 26 A 11:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## Class Action Lawsuit Against Taylor Hardin / Alabama Dept. of Mental Health

Comes now the Petitioner, <u>Montrail Russell</u>, + moves this Honorable Court to take in consideration to either grant us patients at Taylor Hardin an oppurtunity to challenge Taylor Hardin, + the Alabama Dept. of Mental Health for subjecting us to cruel + unusual punishment, holding us here unlawfully, with an array of our rights being violated, or allow us class member status to the lawsuit filed + won by the ADAP Dept., ACLU, + Southern Poverty Law Center.

    I would like to file this lawsuit on the behalf of all of the patients who are here right now, + for the one's who may come in the future.

    I would like to request from this Honorable Court an injunction + restraint order against Taylor Hardin so that we will not be retaliated against for filing complaints about our rights that are being violated.

    I would like to request from this Honorable Court an attorney to represent us in this case if you grant us an oppurtunity due to the facts that we don't have any real access to enough money to hire our own lawyer(s) while we're under the state custody.

    Attached with this will be several complaints + issues we are going through here. A lot of these patients don't even realize what's going on so I am speaking on behalf of all of us as a whole.

We fear that we may be retaliated against or attempts will be made to tamper with our mail + legal work when they find out that we want to challenge them in the Courts for violating our rights, + from the cruel + unusual punishment we are subjected to everyday. So we ask for help from the ACLU, ADAP, the FBI, + the Southern Poverty Law Center because we fear being retaliated against.

WHEREFORE, Petitioner moves the Court to order:

a. Notice be given to all parties;
b. An attorney appointed to represent Petitioner(s);
c. An injunction ordered so we want be retaliated against;
d. A consent decree be made to address all complaints mentioned;
e. A hearing to be held within 30 days of receipt of this motion;
f. Any + all other relief to which Petitioner may be entitled.

_Montrail Russell_ x _Montrail Russell_
Petitioner
1301 Jack Warner Parkway NE
Tuscaloosa, AL 35404

Sworn to + subscribed in my presence this __4th__ day of __December__, 2018

_Kevin McDaniel_
Notary Public
Commission Expires: _____

KEVIN MCDANIEL
My Commission Expires
July 17, 2022

2 of 8

①. We are forced to go to the gym once a week on Thursdays so the janitor ladies can clean the bathroom, our rooms, + the day space area, but this happens "only once" a week, so in the order "6 days" we just have to live in a filthy room + day space area.

②. When we do go to the gym if we are tired or sleepy, or whatever, if we can't stay up then we are basically forced to sleep on the dirty gym floor, with no pillow or nothing, + some of the patients have to try to use an extra ~~beam~~ seat as a pillow. The gym floor + gym bathroom stays filthy also because they never clean them either so we have to sleep on the nasty floor + the bathroom stinks all the time, with no air ventilation or suction.

③. They have very, very old + out of date sinks in the bathroom in the gym. In order to try to wash our hands you would have to use one hand to put the liquid soap on + use the other hand to hold the water nob + try to rinse that hand off, + then switch up + do the other hand the same way. And after a few seconds the sink will start to fill up so you will then have your hand in dirty sink water.

④. On CARE program we have about "45 patients" down here + we have only 6 sinks but only "3" of them work + the pressure on them are terribly very low. We've been complaining about this for a very long time but no one will do anything about it.

⑤. We all have to use the same bath + face towels, + although they wash them they are still not all that clean because they don't use any bleach. People have to wash their private parts with those towels + they want us to turn around + put them on our face + body, half-washed with no bleach. That's very unsanitary.

6.) They say in the handbook that we have a right to "Quality treatment by 'Highly trained Professionals'" but the FT's that work here only receive 2 weeks of training to deal with patients, as I was told, but 2 weeks of limited training is no where near adequate training when you have real trained Professionals who have to go to college for years + years to be certified for those titles. A lot of these FT's come straight off of the streets, pants sagging + all but they are considered "Trained Professionals" by Taylor Hardin.

7.) Taylor Hardin is grossly understaff with them refusing to hire the adequate amount of staff needed for security, etc. They more often than not force the staff they have to work double shifts, or "16 hour shifts", back-to-back, + it leaves most of them poorly sleep deprived to the point were we see them fall asleep sitting down on a dayly bases every single day, + the cameras can verify all of that.

8.) We are suppose to be on one of the least restrictive program but we aren't allowed to do too much of anything, + they only give us very limited rec. activity. The only thing we can do is either watch T.V., play cards, or dominoes, or chess + that's it.

9.) They very seldom let us go outside to the rec. yard for 15 or 20 minutes every blue moon, + the only thing out there is one basketball goal with a worn out basketball. Other than that we are trapped on the program with basically nothing to do 24/7.

10.) We only have one very cheap T.V., with one of the speakers busted, so it's very hard to ever hear the T.V. because we have people talking loud all day everyday, along with a patient named Tyler who has Autism or something + can't talk so he screams loud sounds so we are left to see the T.V. but can never really hear it.

4 of 8

11. For those of us that still have radios, they force us to buy grossly overpriced batteries for a whopping "$3 dollars" for only "2 batteries". The way they are charging us for batteries is nothing short of price gouging.

12. Our bed sheets & pillow cases are only cleaned once a week when we go to the gym.

13. They only let us go to canteen twice a week & they will only let us buy "2 food or a food & a drink item" at a time as if we are little kids. We would get treated better in prison, even on Death Row.

14. They have some of the dumbest & most stupid rules anybody has ever heard of. They have all kind of rules that don't make any sense at all.

15. Our under clothes such as socks, T-shirts, drawers, etc., are never changed out for new stuff no matter how old it is.

16. Our food is always served basically cold, no matter if we go to the kitchen or eat on the program.

17. They never let us go outside on the big yard, we are always trapped inside & it makes some of us feel as if we are trapped inside a cage because if we look out of the windows all we can see is barbed wired fences, trees, & the empty sky. This is almost as worst than prison because if we were in jail or prison we would have more privileges than we do here. We haven't been convicted of a crime but they treat us worser than the people in prison.

18. They see some of us filing complaints about our rights being violated & they know, so out of retaliation they now want to charge us a whopping "$1.00 to $1.50" a page for any legal work or other documents we try to get a copy of. It is being done out of retaliation to try to stop our paper trail of our rights being violated.

+ the handbook says we have "A right to file complaints About our Rights being violated without being Retaliated Against, but its going on. They want even let us get copies, or even review our medical records, + they want ~~to~~ let us get copies of any of that Also. And they said if we are indigent + don't have any family or money then they can still refuse to give us copies, this is A federal violation of our Rights.

(19.) They Are holding A lot of us here unlawfully + they use some of the smallest things in the world to hold us here, small things like have A bag of chips, A cup or spoon, ketchup, towels in the room, + on + on, the smallest little things to hold us here. This makes my third time here + I see most of the same people here like sold ducks.

(20.) They say we have A right to be free from pain but when we tell them About our pain + stuff, + About the pain pills not helping they will say they can't give us Anything else so we are then basically left to suffer in pain, + then they want let us see Another Doctor to get A second opinion, saying if we want A second opinion we have to pay for it even if we are indigent.

(21.) We have some nurses like "Nurse Steve" who loves Abusing his Authority by given us shots for some of the smallest things in the book.

(22.) They have some of us on what they call "High-Risk" + the charge we was charged with, even though we haven't been convicted of Any crimes yet. By our faces being posted up in the nurse station, which gives everybody the impression that we really committed the crime we were charged with. The law says we Are presumed ~~guilty~~ not guilty until proven guilty.

(23.) The trash cans never have bags in them, + they barely ever clean them out so they stay filthy + stinking.

24.) We have 45 people on our program with only one phone.

25.) The coffee, tea, + juice is always wattered down + never sweetened.

26.) They have certain group leaders who will not accept some of us in their groups just because they don't like us.

27.) A lot of times we get punished for something somebody else did, or have things taken away from us for something somebody else did.

28.) The Advocate Dept. here is void + they want help us, period. They come + hold what they call "Community Meeting" every now + then to get all our complaints + stuff + pretend they are going to report it + check on it but we've been telling them about a lot of the same complaints for almost a year + they give us the same line as stated above, over + over + over.

29.) Our Client-Doctor confidentuality rights are being violated.

30.) They have all of us housed on CARE, regardless of our mental or legal status + it's not fair because you have some of us classified as either incompetent to stand trial, unrestorable, or NGRI + it's not fair because the ones of us who are incompetent to stand trial, we have not been convicted or found guilty of any crime, whereas the ones who are NGRI committed their crimes but they are just not being held responsible for it because of their mental problems. They take away a lot of privileges + recreation away from us just because one of them do something their not supposed to do.

Listed below is a few inmates of patients here in Taylor Hardin who may be called as witness in this suit.

Christopher Sullivan
Kevin Jackson
Kordells Crenshaw
Omar Hassan
Jrest Sanders
Jmir Parks
Glaser
Fredrik Boyd
Marcus Richardson
Adolph Jones
Kenneth Ray
Raymond L'Nard
Bryan Turner

8 of 8

Montrail Russell
1301 Jack Warner Pkwy.
NE
Tuscaloosa, AL 35404



BIRMINGHAM
AL 350
21 DEC '18
PM 2 L



02 1P     $ 000.89⁰
000263376  DEC 21 2018
MAILED FROM ZIP CODE 35695

"Legal Work"

36104-401801

Honorable Judge Mr. Myron Thompson
One Church Street
Montgomery, AL 36104