IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MONTRAIL RUSSELL,          )
                              )
      Plaintiff,         )
                              )
      v.            )      CASE NO. 2:18-CV-1068-WKW
                              )
STATE OF ALABAMA          )
DEPARTMENT OF MENTAL      )
HEALTH, and TAYLOR HARDIN,  )
                              )
      Defendants        )

## ORDER

On April 18, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff Montrail Russell's motion for a preliminary injunction (Doc. # 1) is DENIED.

DONE this 14th day of May, 2019.

                                    /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE