IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| MONTRAIL RUSSELL, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:18-CV-1068-WKW [WO] |
| STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH, and TAYLOR HARDIN, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On May 29, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. # 4) is GRANTED;

2. The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED;

3. This action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) and the court's inherent authority; and

4. Plaintiff's motion to appoint counsel (Doc. # 1) is DENIED as moot.

A separate Final Judgment will be entered.

DONE this 14th day of June, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE