IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTRAIL RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18-CV-1068-WKW |
| ) | |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF MENTAL ) | |
| HEALTH, and TAYLOR HARDIN, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT, and DECREE of the court that this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 14th day of June, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE